FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 24, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JAMES JOHN WILSON,<br><br>        Defendant. | No. 4:17-CR-6033-EFS-1<br><br>ORDER GRANTING MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE AND GRANTING MOTION TO EXPEDITE<br><br>**ECF Nos. 44, 45** |

    Before the Court is Defendant's unopposed Motion to Modify Conditions of Pretrial Release and Motion to Expedite. For the reasons set forth in the motion;

    IT IS HEREBY ORDERED:

1. The Motion to Modify Conditions of Pretrial Release (ECF No. 44) is GRANTED.

2. The Motion to Expedite (ECF No. 45) is GRANTED.

3. Defendant shall be permitted to travel to Eugene, Oregon to meet with his attorneys from May 3, 2018 to May 4, 2018.

ORDER - 1

4. Defendant's previously-imposed conditions of pretrial release (ECF Nos. 18, 43) are MODIFIED to permit the United States Probation/Pretrial Services Office to authorize Defendant's travel to the District of Oregon and the Eastern District of Washington in order to meet with counsel without prior court approval.

DATED April 24, 2018.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2